[No. 29792-9-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY JOE GILLIHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02488-6, Sharon S. Armstrong, J., entered November 26, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 29977-8-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MICHAEL ALEGRETE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-05638-4, George T. Mattson, J., entered January 9, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30917-0-I.    Division One.    March 7, 1994.]

MCKEE's EVERGREEN BEACH ASSOCIATION, *Respondent*, v. KENNETH R. ANDERSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-01529-3, Paul D. Hansen, J., entered June 8, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Baker, JJ.

[No. 29820-8-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-04664-8, Bobbe J. Bridge, J., entered November 20, 1991. *Affirmed* by unpublished per curiam opinion.